# Online Personal Credit Report

## What if I want to dispute an item in my report?

Review each section of your credit report. Visit experian.com/disputes to start or check the status of your dispute.

**Report Summary:**

- There are 7 potentially negative items in your report.
- You have 6 accounts in good standing in your report.

Experian credit report prepared for
**SAMANTHA M FEARRINGTON**
Report date: **June 30, 2015**
Your report number is

**0801-8143-13**

**Your Credit Report:**

- Potentially negative items
- Accounts in good standing
- Requests for your credit history
- Personal information
- Important message from Experian
- Contact us
- Know your rights

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider." Consumer statements included on your report at your request that contain medical information are disclosed to others.


EXHIBIT A

## SEARCH AMERICA

Address:
610 NW LOOP 410 STE 450
SAN ANTONIO TX 78216
(763) 416-1030

Comments:
On behalf of CLARIAN HEALTH PARTNERS for 30

Date of Request:
08/31/2014